IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NATHANIEL WILLIAM,** | CASE NO. CIV S-02-2323 LKK KJM P |
| Petitioner, | |
| v. | **ORDER GRANTING REQUEST FOR LEAVE TO FILE SUPPLEMENTAL ANSWER** |
| **BOARD OF PRISON TERMS,** | |
| Respondent. | |

Respondent has requested leave to file a supplemental answer to the habeas corpus petition filed by Petitioner Nathaniel William.

Good cause having been shown, Respondent's request is hereby granted. The clerk is directed to file the Supplemental Answer attached to Respondent's request. Petitioner is granted thirty days within which to file a supplemental traverse.

DATED: October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE