IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHANIEL WILLIAM,

    Petitioner,               No. CIV S-02-2323 LKK KJM P

    vs.

BOARD OF PRISON TERMS,

    Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 24, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner and respondent have filed objections to the findings and recommendations.

        In his objections, petitioner alleges his guilty plea was not voluntary and that counsel was ineffective during the plea process. These arguments were not presented in his initial petition or in any other pleading considered by the Magistrate Judge. Accordingly, this court will not consider them at this stage. Greenhow v. Secretary of Health and Human

1  Services, 863 F.2d 633, 638-39 (9th Cir. 1988), <u>overruled on other grounds</u> <u>United States v.</u>
2  <u>Hardesty</u>, 977 F.2d 1347 (9th Cir. 1992).
3        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
4  304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire
5  file, the court finds the findings and recommendations to be supported by the record and by
6  proper analysis.
7        Accordingly, IT IS HEREBY ORDERED that:
8        1. The findings and recommendations filed February 24, 2006, are adopted in
9  full; and
10       2. Petitioner's application for a writ of habeas corpus is denied.
11 DATED: March 30, 2006.

13       /s/Lawrence K. Karlton
      UNITED STATES DISTRICT JUDGE
14 /will2323.805hc